UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Otilio VILLAMAN–MENDEZ,
also known as Jose Villaman,
Defendant–Appellant.

No. 14–50868
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

Laura G. Greenberg, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jose Otilio Villaman–Mendez raises an argument that he concedes is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 228, 231–35, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), in which the Supreme Court determined that convictions used to enhance a sentence under 8 U.S.C. § 1326(b) need not be set forth in the indictment. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.